OSCN Found Document:RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2020 OK 16
Decided: 03/09/2020
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 16, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Certificates of Certified Shorthand Reporters
ORDER
Â¶1 The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the continuing education requirements for calendar year 2019 and/or with the annual certificate renewal requirements for 2020.
Â¶2 Pursuant to 20 O.S., Chapter 20, App. I, Rule 20(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. I, Rule 23(d), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.
Â¶3 IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 1, 2020.
Â¶4 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 9th day of MARCH, 2020.
/s/CHIEF JUSTICE
ALL JUSTICES CONCUR.
_CSR Exhibit

Shawna Austin

CSR #377

Continuing Education & Renewal Fee

Dana Burkdoll

CSR #1955

Continuing Education

Molly Cook

CSR #1772

Continuing Education & Renewal Fee

Missy Craig

CSR #1187`

Continuing Education & Renewal Fee

Susan Griggs

CSR #943

Continuing Education & Renewal Fee

Rita Hejny

CSR #833

Continuing Education & Renewal Fee

Kortney Houts

CSR #1804

Continuing Education & Renewal Fee

Monique Mason

CSR #2001

Continuing Education & Renewal Fee

Lana McManus Edmonds

CSR #1484

Continuing Education & Renewal Fee

Tessa Neighbors

CSR #1987

Continuing Education & Renewal Fee

David Parsons

CSR #320

Renewal Fee

Debra Soukup

CSR #381

Continuing Education & Renewal Fee

Kimberly Wilson Kaufman

CSR #1635

Continuing Education & Renewal Fee